IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERMAINE KENYATTA COLEMAN                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:16-cv-131-KS-MTP

DAVID HOGAN, ET AL                                               DEFENDANTS

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Dismiss [34] filed by defendant, Alexander Kitch and Report and Recommendation [47] entered by Magistrate Judge Michael T. Parker. The Court has considered the above and finds that there have been no objections filed to the Report and Recommendation and the Court finds that the Report and Recommendation should be accepted by this Court and adopted as the Order of this Court:

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss [34] filed by defendant Kitch herein be, and the same is, hereby DENIED.

SO ORDERED this the ___19th___ day of March, 2018.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE